# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| **KYLE BUTLER RASHLEY** <br> *Plaintiff* <br> v. <br> **BENEFITS NOW, LLC** <br> *Defendant* | Civil Action No. 2:25-cv-10398-TGB-DRG |

## AFFIDAVIT OF SERVICE

I, David Kneller, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Benefits Now, LLC in Berks County, PA on February 14, 2025 at 3:09 pm at 8 Morgan Drive, Sinking Spring, PA 19608 by leaving the following documents with Tonya Hatmaker who as Admin manager is authorized by appointment or by law to receive service of process for Benefits Now, LLC.

Summons in a Civil Action and Class Action Complaint

White Female, est. age 45-54, glasses: N, Brown hair, 180 lbs to 200 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=40.3110632716,-75.9970171932
Photograph: See Exhibit 1

Standard Serve 8 Morgan Drive, Sinking Spring, PA 19608 1@$90.00=$90.00
Total Cost: $90.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

| | |
|---|---|
| Executed in __Lebanon County__, __PA__ on __2/23/2025__. | /s/ *David Kneller* <br> Signature <br> David Kneller <br> +1 (717) 808-8788 |

