UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Kyle Butler Rashley,

            Plaintiff(s),

v.                                          Case No. 2:25−cv−10398−TGB−DRG
                                            Hon. Terrence G. Berg

Benefits Now, LLC,

            Defendant(s).

## CLERK'S ENTRY OF DEFAULT

Party in Default:  Benefits Now, LLC

   The default of the party named above for failure to plead or otherwise defend is entered.

## Certificate of Service

   I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                        KINIKIA D. ESSIX, CLERK OF COURT

                                        By: s/ L Hamka
                                               Deputy Clerk

Dated:  April 24, 2025