UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **Kyle Butler Rashley** <br><br> Plaintiff, <br><br> vs. <br><br> **Benefits Now, LLC** <br><br> Defendant. | **2:25-CV-10398-TGB-DRG** <br><br><br> HONORABLE TERRENCE G. BERG |

### ORDER REGARDING CLERK'S ENTRY OF DEFAULT

A default has been entered in this case pursuant to Plaintiff's request and Plaintiff has not yet sought default judgment. Plaintiff shall file a memorandum setting forth the reasons for not doing so or a motion for default judgment, including an affidavit setting forth the facts showing an entitlement to the specific monetary and/or equitable relief requested **on or before July 25, 2025.** The Court will not conduct a hearing in this matter, unless one is requested by contacting the Court's case manager, Emily Vradenburg at 313-234-2644. At the time the motion is filed, Plaintiff shall submit a proposed order and judgment for the relief requested via the link located under the "Utilities" section of CM/ECF.

SO ORDERED.

BY THE COURT:

s/Terrence G. Berg

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
June 30, 2025, by electronic and/or ordinary mail.
/s/ Emily Vradenburg
Case Manager
(313) 234-2644