UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**KYLE BUTLER RASHLEY,**

    Plaintiff,                          Case No. 25-10398
                                               Hon. Terrence G. Berg

v.

**BENEFITS NOW, LLC**

    Defendant,

_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal by Plaintiffs, this case is DISMISSED without prejudice.

    **IT IS SO ORDERED.**

                                      s/Terrence G. Berg
                                      TERRENCE G. BERG
                                      UNITED STATES DISTRICT JUDGE

Dated:  December 24, 2025

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was served upon the parties of record on December 24, 2025, by electronic means or postal mail.

                                      s/E. Vradenburg
                                      CASE MANAGER